IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter: 7 |
| IBRAHIM DAGHER | : | |
| FOFO DAGHER | : | |
| | : | |
| | : | BANKRUPTCY NO:   12-15272-MKN |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

**Toyota Motor Credit Corporation**
**c/o Becket and Lee LLP**
**POB 3001**
**Malvern  PA 19355 0701**

By: /s/ GILBERT B. WEISMAN
    Gilbert B Weisman, Esquire, PA59872
    Becket & Lee LLP, Attorneys/Agent for Creditor
    POB 3001
    Malvern PA 19355-0701
    PHONE:   (610) 644-7800
    FAX:     (610) 993-8493
    EMAIL:   notices@becket-lee.com

DATE:   08/07/2012

Pet:  05/02/2012

TMC

